**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**


**M E M O R A N D U M**


Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                RE:    **Richard Matthew Diuri**
                       Docket Number:    **1:98CR05092**
                       **SUPERVISION PROGRESS REPORT /
                       RECOMMENDATION TO DISCONTINUE
                       SUPERVISION**

Your Honor:

On November 8, 2000, Mr. Diuri was Found Not Guilty Only By Reason of Insanity for the following counts: 1) Transportation of an Explosive with intent to Kill or Injure, 2) Mailing an Incendiary Device with Intent to Kill or Injure, 3) Use of a Destructive Device During and in Relation to Crime of Violence and 4) Use of Destructive Device During and in Relation to a Crime of Violence. Mr. Diuri was placed in Federal Civil Custody for psychological examination and treatment until being conditionally released to Bannum Place Community Corrections Center (CCC) in Reno, Nevada on September 23, 2003. On March 30, 2004, your Honor allowed Mr. Diuri to release from the CCC to live on his own while still attending weekly outpatient mental health/substance abuse treatment in addition to 4 urinalysis per month.

On June 7, 2004, at the request of Senior U.S. Probation Officer Todd E. White, District of Nevada, and with agreement of Mr. Diuri, the Court modified his supervision to include the following two conditions:

1)     Diuri shall not have in his possession at any time real or imitation firearms, destructive devices or other deadly weapons. He shall submit to warrantless search on request of his probation officer or any law enforcement officer of his property for the purpose of determining compliance with this order.

2)     Diuri shall not commit a federal state or local crime, and must immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any person convicted of a felony unless granted permission to do so.

**Docket Number:**    **1:98CR05092**

On January 18, 2005, because fo Mr. Diuri's reported full compliance with his conditional release, the Court approved a recommendation by Senior U.S. Probation Officer Todd E. White to reduce Mr. Diuri's treatment regime to bi-weekly sessions and reducing his monthly urinalysis from four to two.

Senior U.S. Probation Officer Todd E. White reports that Mr. Diuri continues his successful reintegration into society as he is maintaining full-time employment in the construction/carpentry field and is maintaining a stable residence in Incline Village, Nevada. Diuri continues to attend biweekly counseling sessions as well as remaining clean and sober. Officer White reports that Diuri has completed the mandatory 3 years of supervision and the District of Nevada is seeking guidance regarding if the Court is wishing supervision to continue. For the Court's review, Mr. Diuir's recent monthly treatment report and quarterly review is attached.

It is the recommendation of Senior U.S. Probation Officer White that supervision be terminated.

Respectfully submitted,

/s/ Bruce A. Vasquez
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

Dated          November 13, 2006
               Fresno, California
               BAV

cc:    Karen A. Escobar
       Assistant United States Attorney

       Robert W. Rainwater
       Defense Counsel

### ORDER

There being no objection,
IT IS SO ORDERED.

**Dated:   December 13, 2006**           /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE